# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**ERUVIEL QUEZADA,**

    Plaintiff,

v.                                                                                    No. 18-cv-1007 KK/SMV

**WENDY VOWINCKEL, TOM RUIZ,**
**and COUNTY OF BERNALILLO,**

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed his Complaint against Defendants on October 30, 2018. [Doc. 1] at 1. Plaintiff had 90 days from filing the Complaint, or until January 28, 2019, to effect service of process. Fed. R. Civ. P. 4(m). There is no indication on the record that service of process has been effected with respect to Defendant Vowinckel.

**IT IS THEREFORE ORDERED** that Plaintiff show good cause why his claims against Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). *See Espinoza v. United States*, 52 F.3d 838, 841 (10th Cir. 1995). Plaintiff must file his response no later than **February 28, 2019**.

**IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**